IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.: 2:24-cr-00367-BHH |
| v. | ) |
| KATHERINE DUSKA<br>f/k/a Katherine Casha | ) |

## MOTION FOR PRELIMINARY ORDER OF FORFEITURE

Pursuant to Fed. R. Crim. P. 32.2(b), the United States of America, by and through its undersigned Assistant United States Attorney, Anne Hunter Young, moves this Court for the entry of a Preliminary Order of Forfeiture as to Katherine Duska, ("Duska", "Defendant") based upon Defendant's conviction of wire fraud, in violation of 18 U.S.C. § 1343. *See* 21 U.S.C. § 853.

The Government further requests that such order be entered by this Court sufficiently in advance of sentencing to permit time for the Government and the Defendant to suggest revisions or modifications. Fed. R. Crim. Pro. 32.2(b)(3)(B) ("Unless doing so is impractical, the court must enter the Preliminary Order of Forfeiture sufficiently in advance of sentencing to allow all the parties to suggest revisions or modifications before the Order becomes final as to the defendant under Rule 32.2(b)(4).")

[SIGNATURE PAGE TO FOLLOW]

Respectfully Submitted,

BROOK B. ANDREWS
ACTING UNITED STATES ATTORNEY

By: s/ Anne Hunter Young
ANNE HUNTER YOUNG (Fed I.D. #7258)
Assistant United States Attorney
United States Attorney's Office
1441 Main Street, Suite 500
Columbia, South Carolina 29201

April 3, 2025